# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

ZACHARY TSAMBIS,

    Plaintiff,

v.

CARL ULEPICH, et al.,

    Defendants.

Case No. 2:17-cv-02482-JCM-CWH

**ORDER**

    Presently before the court is Plaintiff Zachary Tsambis's Motion to Extend Time (ECF No. 5), filed on November 20, 2017.

    Plaintiff requests an extension of time to respond to Defendant Carl Ulepich's motion to dismiss (ECF No. 4). Plaintiff's deadline to respond to the motion was November 21, 2017. Plaintiff states that he was not served with a copy of the motion, although the motion's certificate of service indicates that it was mailed to Plaintiff on November 7, 2017. (Mot. to Dismiss (ECF No. 4) at 10.) Additionally, Plaintiff states that he will obtain a copy of the motion from Pacer, but that his Pacer account has not yet been approved. Given these circumstances, the court finds there is good cause for the extension under Rule 6(b)(1) of the Federal Rules of Civil Procedure.

    IT IS THEREFORE ORDERED that Plaintiff Zachary Tsambis's Motion to Extend Time (ECF No. 5) is GRANTED.

    IT IS FURTHER ORDERED that Plaintiff Zachary Tsambis must respond to Defendant Carl Ulepich's motion to dismiss (ECF No. 4) by December 6, 2017.

    DATED: November 22, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**